**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ARTHUR GOULD, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 7:10-CV-95 (HL) |
| : | |
| Commissioner BRIAN OWENS, et al, : | |
| : | |
| Defendants : | |
| : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 12) filed November 3, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the time allowed.

**SO ORDERED,** this the 1st day of December, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**