# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

ARTHUR GOULD,

    Plaintiff,

v.

BRIAN OWENS, et al.,

    Defendants.

Civil Action 7:10-CV-95 (HL)

## ORDER

The Recommendation (Doc. 95) of United States Magistrate Judge Thomas Q. Langstaff, entered July 6, 2011, is before the Court. No objections to the Recommendation were filed. The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Therefore, the Court accepts and adopts the Recommendation.

Plaintiff's Motion for Default Judgment (Doc. 26) is denied. Defendants Owens, Danforth, Philbin, Moore, Waters, and Skinner's Motion to Dismiss (Doc. 38) is granted. Defendants Shoe and Cooper-Wolfe's Motion to Dismiss (Doc. 46) is granted. Defendants Owens and Waters' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 69) is granted. Defendants Alexander, Richards, Myrick, and Fields' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 85) is granted. This case is dismissed without prejudice. Plaintiff may re-file the case but must pay the filing fee at the outset of the lawsuit.

**SO ORDERED**, this the 3rd day of August, 2011.

                            *s/ Hugh Lawson*
mbh                            **HUGH LAWSON, SENIOR JUDGE**