IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**ARTHUR GOULD,**

    Plaintiff,

v.

**BRIAN OWENS, et al.**,

    Defendants.

Civil Action No. 7:10-CV-95 (HL)

### ORDER

Before the Court is Plaintiff's miscellaneous motion (Doc. 98) asking the Court to terminate its prior order directing the clerk of court to obtain money from Plaintiff's prisoner account to cover his filing fees. Plaintiff's motion is denied. Although the Court's prior order (Doc. 21) adopting the Magistrate Judge's Recommendation (Doc. 12) did allow the Plaintiff to proceed *in forma pauperis*, the Recommendation clearly stated that Plaintiff was still obligated to pay his filing fee.

**SO ORDERED**, this the 16th day of September, 2013.

        *s/ Hugh Lawson*_____
        **HUGH LAWSON, SENIOR JUDGE**

scr